[No. 12795-1-I. Division One. January 25, 1984.]

*In the Matter of the Welfare of*
SEAN COEN.

SANDRA COEN, *Appellant,* v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 166350151, Paul D. Hansen, J., entered

January 6, 1983. *Affirmed* by unpublished opinion per Durham, C.J., concurred in by Swanson and Callow, JJ.